# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * * *

JOSEPH CORONA,

                  Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

                  Respondent.

\*      No. 13-1019V

\*      Special Master Christian J. Moran

\*      Filed: November 10, 2015

\*      Attorneys' fees and costs; award
\*      in the amount to which respondent
\*      does not object.

* * * * * * * * * * * * * * * * * * * * *

F. John Caldwell, Jr., Maglio, Christopher & Toale, PA, Sarasota, FL, for
Petitioner;
Justine Walters, U.S. Dep't of Justice, Washington, DC, for Respondent.

## UNPUBLISHED DECISION ON FEES AND COSTS[1]

On November 9, 2015, petitioner filed a stipulation of fact concerning final attorneys' fees and costs in the above-captioned matter. Previously, petitioner informally submitted a draft application for attorneys' fees and costs to respondent for review. Upon review of petitioner's application, respondent raised objections to certain items. Based on subsequent discussions, petitioner amended his application to request $23,006.35, an amount to which respondent does not object. The Court awards this amount.

On December 26, 2013, Joseph Corona filed a petition for compensation alleging that the Tetanus-Diphtheria-acellular Pertussis ("Tdap") vaccine, which he received on April 4, 2012, caused him to suffer Guillain-Barré Syndrome ("GBS"). Petitioner received compensation based upon the parties' stipulation. Decision,

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this ruling on its website. Pursuant to Vaccine Rule 18(b), the party has 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

issued Apr. 15, 2015. Because petitioner received compensation, he is entitled to an award of attorneys' fees and costs. 42 U.S.C. § 300aa-15(e).

Petitioner seeks a total of **$23,006.35** in attorneys' fees and costs. In compliance with General Order No. 9, petitioner has filed a statement indicating that while represented by Maglio, Christopher & Toale, PA Law Firm, he did not incur costs related to the litigation of this matter. Respondent has no objection to the amount requested for attorneys' fees and costs.

After reviewing the request, the Court awards the following:

**A lump sum of $23,006.35 in the form of a check made payable to petitioner and petitioner's attorney, F. John Caldwell, Jr., of the law firm Maglio, Christopher, & Toale, for attorneys' fees and other litigation costs available under 42 U.S.C. § 300aa-15(e).**

The Court thanks the parties for their cooperative efforts in resolving this matter. The Clerk shall enter judgment accordingly.

Any questions may be directed to my law clerk, Dan Hoffman, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master